

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 12-1708M |
| David Martinez DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___Deft___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___7/20/12___, at ___11___ ☒ a.m. / ☐ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___540___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/17/12___          _____
                              U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                          Page 1 of 1